**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 16-6602

TYRELL A. REESE, SR.,

                    Plaintiff - Appellant,

          v.

BOB MCCABE, Sheriff of Norfolk City Jail; DEPUTY OWENS,
Transportation (Driver); DEPUTY MITCHELL, Transportation
(Other),

                    Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.  Mark S. Davis, District Judge.
(2:15-cv-00441-MSD-LRL)

Submitted:  September 13, 2016      Decided:  September 15, 2016

Before TRAXLER, AGEE, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Tyrell A. Reese, Sr., Appellant Pro Se.  Jonathan Lewis Stone,
NORRIS & ST. CLAIR P.C., Virginia Beach, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tyrell A. Reese, Sr., appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we deny Reese's motions for appointment of counsel and for a transcript at government expense and affirm for the reasons stated by the district court. <u>Reese v. McCabe</u>, No. 2:15-cv-00441-MSD-LRL (E.D. Va. Mar. 18, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>